### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.

**GUY RICHARD CURTIS**

_____/

1:06CR45 SPM/AK

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and request this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendant has not been arrested or charged as a result of the activities alleged in the indictment. The public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend this defendant to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain sealed until further Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida and two certified copies to the United States Marshal for the Northern District of Florida.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE FLA.

06 DEC 19 PM 12: 50

FILED

**WHEREFORE**, in order to arrest the defendant before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

GREGORY P. McMAHON
Assistant United States Attorney
Florida Bar Number 178110
300 E. University Avenue, Suite 310
Gainesville, Florida 32601
(352) 378-0996

**DONE AND ORDERED** this the _19th_ day of December 2006.

ALLAN KORNBLUM
United States Magistrate Judge