IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:06cr45-SPM/AK

GUY RICHARD CURTIS,

    Defendant.
_____/

### ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Motion to Continue (one day) Sentencing Hearing (doc. 42) is granted. Sentencing is reset for 1:30 p.m. on Tuesday, June 5, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 24th day of May, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge