IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.    CASE NO.: 1:06cr45-SPM/AK

GUY RICHARD CURTIS,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, the Government's Motion to Continue Sentencing (doc. 44) is granted.  Sentencing is reset for 1:30 p.m. on Monday, July 2, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 30th day of May, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge