IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 1:06cr45-SPM/AK

GUY RICHARD CURTIS,

        Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing Hearing (doc. 46) is granted. Sentencing is reset for 1:30 p.m. on Monday, August 6, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 6th day of June, 2007.

                                               *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                               United States District Judge