IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:06cr45-SPM/AK

GUY RICHARD CURTIS,

     Defendant.
_____/

**ORDER DISMISSING WITHOUT PREJUDICE**
**MOTION FOR CREDIT OF JAIL TIME SERVED**

     This cause comes before the Court on Defendant's Motion for Credit of Jail Time Served. Doc. 53. The Court has no objection to Defendant receiving credit for any time served that has not been applied toward another sentence. 18 U.S.C. § 3585(b).

     To the extent Defendant seeks an order from this Court to apply the credit, however, the motion is premature. Defendant must first pursue administrative remedies with the Bureau of Prisons (28 C.F.R. §§ 542.10-542.19). After exhausting administrative remedies, if Defendant remains dissatisfied with the credit he has received, he may file an appropriate motion for relief with this court. United States v. Lucas, 898 F.2d 1554, 1555-56 (11th Cir. 1990). Until then, this Court lacks jurisdiction to grant the relief Defendant seeks. Id. Accordingly, it is

     ORDERED AND ADJUDGED that Defendant's Motion for Credit of Jail Time Served (doc. 53) is dismissed without prejudice to Defendant's opportunity

to refile after exhausting his administrative remedies.

    DONE AND ORDERED this 15th day of April, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge

CASE NO.: 1:06cr45-SPM/AK